**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

RODNEY A. CAMPBELL,                    )
                                       )
      Plaintiff,                      )
                                       )
    vs.                               )        No. 4:26-CV-00626 RHH
                                       )
JUDGE VINCE JOHNSON, et al.,           )
                                       )
      Defendants.                     )

## MEMORANDUM AND ORDER

This matter is before the Court upon its own motion. Self-represented Plaintiff Rodney A. Campbell, an inmate at St. Charles County Detention Center, filed this civil rights action for money damages and injunctive relief on April 27, 2026, alleging that he has been improperly treated by Judges Vince Johnson and DeWayne Johnson in St. Charles County Court. However, Plaintiff neither paid the Court filing fee nor filed an Application to Proceed in District Court Without Prepaying Fees or Costs. Plaintiff must do one or the other for this case to proceed. *See* E.D. Mo. L.R. 2.01(B)(1). If Plaintiff files an Application to Proceed in District Court Without Prepaying Fees or Costs, he must also file a certified copy of his inmate account statement for the six-month period immediately preceding the filing of the Complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff's failure to timely pay the filing fee or file an Application to Proceed in District Court Without Prepaying Fees or Costs may result in the dismissal of this case, without prejudice and without further notice.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to send Plaintiff a blank Application to Proceed in District Court without Prepaying Fees or Costs form.

**IT IS FURTHER ORDERED** that Plaintiff must either pay the $405 filing fee or submit a Application to Proceed in District Court Without Prepaying Fees or Costs within **twenty-one (21) days** of the date of this Order.

**IT IS FURTHER ORDERED** that, if Plaintiff files Application to Proceed in District Court Without Prepaying Fees or Costs, he must also submit a certified copy of his inmate account statement for the six-month period immediately preceding the filing of the complaint.

**IT IS FINALLY ORDERED** that if Plaintiff fails to comply with this Order, the Court will dismiss this action without prejudice.

Dated this _30th_ day of April, 2026.

RODNEY H. HOLMES
UNITED STATES MAGISTRATE JUDGE

2